EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2014 TSPR 93 |
| | |
| Edgardo Zapata Torres | 191 DPR ____ |

Número del Caso: TS-9585


Fecha: 31 de julio de 2014

Abogada del Peticionario:

Por derecho propio


Oficina de Inspección de Notarías:

Lcdo. Manuel E. Ávila de Jesús
Director


Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Edgardo Zapata Torres

TS-9585

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2014.

Vista la *Moción informativa urgente para informar el cumplimiento de la reconstrucción de los protocolos para los años 2001, 2002, 2003, 2004, 1994 y el segundo libro de Registro de Testimonios; y solicitando reinstalación*, así como la *Moción informativa* presentadas por el Sr. Edgardo Zapata Torres (señor Zapata Torres o el peticionario), nos damos por enterados del contenido de ambas.

Además, tomamos conocimiento de lo expresado por la Oficina de Inspección de Notarías (ODIN) en la *Moción en cumplimiento de orden informando sobre proceso de reconstrucción de obra notarial y solicitud de autorización de aprobación* presentada el 2 de julio de 2014. En la misma, ODIN señala que el señor Zapata Torres reconstruyó la totalidad de los protocolos que le habían sido hurtados y el segundo libro de Registro de Testimonios. En vista de que el peticionario cumplió con lo solicitado, ordenamos su reinstalación al ejercicio de la abogacía.

En vista de ello, ordenamos, además, a la Secretaría de este Tribunal a que active cualquier queja o procedimiento disciplinario que el señor Zapata Torres tenga pendiente. Asimismo, deberá notificar a ODIN ambas mociones. De esa forma, ODIN deberá, dentro de un término de treinta (30) días, expresarse, específicamente, en cuanto a la capacidad del peticionario para ser reinstalado al ejercicio de la notaría.

Publíquese.

TS-9585

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Rodríguez Rodríguez proveería no ha lugar a la solicitud de reinstalación al ejercicio de la abogacía del señor Zapata Torres. El Juez Asociado señor Martínez Torres disiente con la siguiente expresión: "Ordenaría, como requisito previo a la reinstalación, que el Sr. Edgardo Zapata Torres comparezca y se someta a la adjudicación de la queja ética que tiene pendiente ante la Secretaría de este Tribunal. Si la queja se resuelve a su favor, se podría considerar la solicitud de reinstalación. Ya readmitimos una vez a este abogado mientras tenía una queja pendiente y el resultado fue otra suspensión. Insisto que para que esto no suceda es necesario resolver toda queja pendiente antes de readmitir a un abogado. Lamentablemente, como el Tribunal vuelve a readmitir a este abogado con una queja pendiente, me veo obligado a disentir".


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo